```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
KHAWAJA ZAHID ULLAH,

                    Plaintiff,

       -against-                          07 Civ. 2687 (DAB)
                                              ORDER

OFFICE OF THE DISTRICT ATTORNEY, Et. al.,

                    Defendants.
------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

   The Court is in receipt of Plaintiff's letters dated August 11, 2008 and August 20, 2008. The Court is also in receipt of a letter from Defendants dated August 25, 2008.

   The Plaintiff shall file his opposition to Defendants' motion no later than October 25, 2008. Any replies that Defendants might wish to make shall be filed no later than November 7, 2008. At that point, the motion will be sub judice.

SO ORDERED.

Dated:   New York, New York
         September 3, 2008

                                      *signature*
                                      Deborah A. Batts
                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/03/08