

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
KHAWAJA ZAHID ULLAH,

                        Plaintiff,
                                              07 Civ. 2687 (DAB)
            -against-                         ORDER

OFFICE OF THE DISTRICT ATTORNEY,
BRONX COUNTY; KATHLEEN MCGEE, ADA BRONX;
DET. DIGAUDIO, NICHOLAS M.; P.O JOHNNY
GRASSO,

                        Defendants.
------------------------------------------X
```
DEBORAH A. BATTS, United States District Judge.

This matter is before the Court upon the July 20, 2009 Report and Recommendation of United States Magistrate Judge Gabriel W. Gorenstein. The Report recommends that the Defendants' Motion to Dismiss the Complaint be GRANTED and the Plaintiff's request to amend his Complaint be DENIED. (Report at 1.)

According to 28 U.S.C. § 636(b)(1)(C), "[w]ithin ten days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations." 28 U.S.C. § 636(b)(1)(C); see also Fed. R. Civ. P. Rule 72(b) (stating that "[w]ithin 10 days after being served with a copy of the recommended disposition, a party may serve and file specific, written objections to the proposed findings and recommendations"). Despite being advised of this procedure in Magistrate Judge Gorenstein's Report and

Recommendation, to date, no specific objections to said Report have been filed.

Having reviewed the Report and Recommendation, and finding no clear error on the face of the record, see 28 U.S.C. § 636(b)(1)(B), it is hereby

ORDERED AND ADJUDGED as follows:

1. The Report and Recommendation of United States Magistrate Judge Gabriel W. Gorenstein, dated July 20, 2009, be and the same hereby is APPROVED, ADOPTED, and RATIFIED by the Court in its entirety;

2. Upon entry of judgment in favor of Defendants, the Clerk of Court is directed to CLOSE the docket for this case.

SO ORDERED.

Dated:   New York, New York

         August 26, 2009

                                    _____
                                    Deborah A. Batts
                                    United States District Judge